Page 1 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL L. BETTIS,
FDOC Inmate No. P02716,
    Plaintiff,

vs.                                      Case No.: 3:16cv582/MCR/EMT

WARDEN WILLIS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated February 16, 2017, Plaintiff was given until March 24, 2017, in which to file an amended complaint (*see* ECF No. 10). Plaintiff was subsequently granted several extensions, with the latest deadline being September 1, 2017, (*see* ECF Nos. 13, 14, 15, 16, 18, 19, 20, 21, 24, 26). On September 8, 2017, after Plaintiff failed to file an amended complaint by the latest deadline, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for his failure to comply with an order of the court (ECF No. 28). Plaintiff then filed an "Ex Parte Injunction to Cease and Desist Order"

(ECF No. 29) and a Notice of Compliance (ECF No. 30), which the court granted only to the extent that additional time, until November 15, 2017, was provided for Plaintiff to file the amended complaint. When that time elapsed with no amended complaint from Plaintiff, the court yet again required him to show cause as to why the case should not be dismissed for this failure (ECF No. 37). The time for compliance with the show cause order elapsed on January 3, 2018, and Plaintiff has failed to file an amended complaint or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of January 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.